SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3705
  Fax: (510)637-3724
  Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0658-CRB |
| Plaintiff, | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| SHUNNEE KING, | ) | |
| Defendant. | ) | |

NANDOR J. VADAS
TO:   The Honorable ~~ELIZABETH D. LAPORT~~E, Magistrate Judge of the United States
      District Court for the Northern District of California:

The petition of Michelle Morgan-Kelly, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Shunnee King, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

//
//
//
//
//

1  prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner
2  prays that this Court issue the Writ as presented.
3  DATED: May 18, 2007                                Respectfully submitted,
4                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
5
6                                                    _____/s/_____
                                                     MICHELLE MORGAN-KELLY
7                                                    Assistant United States Attorney
8  **IT IS SO ORDERED.**
9                                                           NANDOR J. VADAS
   DATED:       May _22_, 2007
10                                                   HONORABLE ~~ELIZABETH D. LAPORTE~~
                                                     United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: **FRED ROCHA,** Acting United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the Elmwood Correctional Facility, Milpitas, California:

## GREETINGS

WE COMMAND that on June 4, 2007, at 9:30 a.m., you have and produce the body of Shunnee King, in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Bernard Zimmerman, United States Magistrate Judge, 450 Golden Gate Avenue, 15th Floor, San Francisco, California, so Shunnee King may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Shunnee King, and further to produce Shunnee King at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Elizabeth D. Laporte, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:     May  22 , 2007            CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA

                                     By  *LiliMHarrell*
                                     DEPUTY CLERK