IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>SHUNNEE KING,<br><br>    Defendant._____/ | No. C 06-00658 CRB<br><br>**BRIEFING ORDER** |

By Tuesday, May 20, 2008, the parties shall submit briefs of no more than four (4) pages addressing whether the defendant or the government bears the burden of proving the location of where officers found a particular piece of evidence for purposes of a motion to suppress. The Court recommends that the parties tailor their arguments to the ultimate question of whether King or the government bears the burden of proving the location of the notebook and digital camera located in the hotel room registered under King's name.

**IT IS SO ORDERED.**

Dated: May 15, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0658cr\Briefing Order.wpd