**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 06-00658-1 CRB |
|     Plaintiff, | **ORDER** |
| v. | |
| SHUNNEE KING, | |
|     Defendant. | |

The sentence beginning on Page 4, line 16 of the Court's suppression order dated May 28, 2008 is amended as follows: "Doe admitted that she was engaged in prostitution activities and that she did not have a business license."

The sentence beginning on Page 13, line 14 is amended as follows: "As a result, whether to exclude the camera and notebook turns on the question of which party bears the burden of proving the location of items seized by the police."

**IT IS SO ORDERED.**

Dated: May 28, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0658cr\Amendment Order.wpd