UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHUNNEE KING,<br><br>    Defendant. | Case No.  06-cr-00658-CRB-1   (TSH)<br><br>[~~PROPOSED~~] ORDER FOR RELEASE AND INTERIM CONDITIONS OF RELEASE (F.R.C.P 32.1(A)(6)) |

For the reasons stated on the record on July 10, 2024, it is hereby ordered that Shunnee King be released from U.S. Marshal custody at the Santa Rita Jail, forthwith. Upon release, Mr. King is directed to call USPOS Malik Ricard and immediately report to his residence in Oakland, CA.  Mr. King is further directed to report at 8:00 a.m. on July 11, 2024 to Officer Ricard at the U.S. Probation Office in Oakland, California to be set up on GPS electronic monitoring.

Effective immediately, and until further order of the U.S. District Court, the Court issues the following interim conditions of release pursuant to Federal Rule of Criminal Procedure 32.1(a)(6):  Mr. King shall continue to abide by the terms of the Electronic Monitoring Program administered by U.S. Probation, under home confinement, and is only permitted to leave his residence for work, travel to and from work, court hearings, and meetings with his Probation Officer at the Oakland Office. All other terms and conditions of Mr. King's supervised release remain in full force and effect.

**IT IS SO ORDERED.**

Dated: July 10, 2024

THOMAS S. HIXSON
United States Magistrate Judge