JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:          elizabeth_falk@fd.org


Counsel for Defendant KING


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHUNNEE KING,<br><br>Defendant. | **Case No.:** CR 06-658 CRB<br><br>**MOTION AND [PROPOSED] ORDER TO RELEASE DEFENDANT FROM HOME CONFINEMENT** |

On November 1, 2023, this Court granted defendant Shunnee King compassionate release from his federal sentence. Dkt. 107. At that time, his anticipated release date from the Bureau of Prisons was December 26, 2026. *Id*. at 2. As a part of the compassionate release grant, this Court ordered five years of supervised release as well as "Home Detention/Electronic Monitoring for the duration of the custodial term." *Id*. at 12. His supervision is currently set to expire on February 25, 2028. *See* Dkt. 127.

Mr. King has now been on home detention/electronic monitoring for over 2 years. Although he has been the subject of one filed Form 12 proceeding and was violated for

MOTION TO TERMINATE EMON CONDITION
*KING*, CR 06-658 CRB

smoking marijuana, and incurring EMON violations, he has now been violation-free for over a year.  *See* Dkt. 120 (listing date of last EMON violation as September 29, 2024).  He accordingly seeks termination of the EMON condition.

Throughout his period of supervised release, Mr. King has remained gainfully employed; first as a baggage handler at the San Francisco Airport, then for TransDev from January, 2025 through September 30, 2025, and now as a bus driver for Bauer Transportation. The latter job offers significant advancement opportunities and will pay for Mr. King's training for a Class A driver's license.  He continues to reside with his mother in Oakland, California and maintains an EMON curfew schedule that allows him to be out of his house from 8:00 a.m. to 12:00 a.m. each day.  He has successfully maintained this schedule since July 3, 2025.

Mr. King now seeks release from electronic monitoring.  All told, considering the fact that Mr. King was previously incarcerated  for 17 years, he has made significant advancements and strides while on supervised release.  Although he had one setback with technical violations of supervised release, he has maintained sobriety (all subsequent drug tests have been negative) and most importantly, solid employment that allow self-subsistence for the period of supervision.  He has also maintained violation-free status for over a year.

He now requests that the Court end the electronic monitoring condition and allow him to make the adjustment to his final two years of supervised release as a "normal" supervised releasee, subject to all other imposed terms and conditions of supervision.  The government and the Probation Department will offer its final position on the defendant's request at the December 3, 2025 hearing.

Respectfully submitted,

December 2, 2025

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ELIZABETH FALK
Assistant Federal Public Defender

MOTION TO TERMINATE EMON CONDITION
*KING*, CR 06-658 CRB

[PROPOSED] ORDER


_____ Motion to terminate electronic monitoring/home detention condition as a term of supervised release is granted.


_____ Motion to terminate electronic monitoring/home detention condition as a term of supervised release is denied.


Dated: _____

THE HONORABLE CHARLES R. BREYER
United States District Judge.