AO 245B (Rev. 11/25)    Amended Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>SHUNNEE KING | )   **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>)<br>)   USDC Case Number:  CR-06-00658-001 CRB<br>)   BOP Case Number:  DCAN306000658-001<br>)   USM Number:  90349-111<br>)   Defendant's Attorney:  Elizabeth Faulk (AFPD)<br>)<br>)<br>) |

**Date of Original Revocation Judgment:  2/21/2025**
**(or Date of Last Amended Judgment)**
**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): <u>Charges Three, Five & Six of the amended Form 12 Arrest Warrant, filed on</u>
<u>October 9, 2024</u>

☐ pleaded nolo contendere to count(s): _____ which was accepted by the court.

☐ was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Offense | Violation Ended |
|---|---|---|
| Three | Admitted to smoking marijuana while traveling out of district | June 18, 2024 |
| Five | Tested positive for marijuana | August 15, 2024 |
| Six | Deviated from Home Detention Location Monitoring schedule after release from Magistrate Court | September 28, 2024 |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charges <u>One, Two, and Four</u> are dismissed on motion of the United States.

☐ Count(s) _____ is/are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/3/2025
Date of Imposition of Judgment

Signature of Judge
The Honorable Charles R. Breyer
<u>Senior United States District Judge</u>
Name & Title of Judge

Date.  January 26, 2026
Date

AO 245B (Rev. 11/25)    Amended Judgment in a Criminal Case
                        Sheet 2 — Imprisonment

DEFENDANT:  SHUNNEE KING                                                    Judgment — Page 2 of 5
CASE NUMBER:  CR-06-00658-001 CRB

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
        Time served

The appearance bond is hereby exonerated, or upon surrender of the defendant as noted below.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ am/pm on _____ (no later than 2:00 pm).

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    at _____ am/pm on _____ (no later than 2:00 pm).

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
                UNITED STATES MARSHAL

By  _____
                DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 11/25)    Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:  SHUNNEE KING                                                Judgment — Page 3 of 5
CASE NUMBER: CR-06-00658-001 CRB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  36 months.

## MANDATORY CONDITIONS OF SUPERVISION

1)    You must not commit another federal, state or local crime.

2)    You must not unlawfully possess a controlled substance.

3)    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4)    ☐    You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5)    ☑    You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6)    ☐    You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7)    ☐    You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 11/25)    Amended Judgment in a Criminal Case
                        Sheet 3A — Standard Conditions

DEFENDANT:  SHUNNEE KING                                          Judgment — Page 4 of 5
CASE NUMBER:  CR-06-00658-001 CRB

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1)      You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, you will receive a copy of the Judgment and Commitment which will set out the conditions of your supervision. You will be advised as to how and when you must report to the probation officer.
2)      You must not change your authorized residence without the consent of your probation officer.
3)      You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that are observed in plain view.
4)      You must not commit another federal, state, or local offense.
5)      You must not unlawfully possess a controlled substance.
6)      If you are arrested by a law enforcement officer, you must notify the probation officer within 72 hours.
7)      You must answer truthfully any questions asked by your probation officer.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____          _____
                Defendant                                              Date


         _____          _____
                U.S. Probation Officer/Designated Witness              Date

AO 245B (Rev. 11/25)    Amended Judgment in a Criminal Case
                        Sheet 3B — Supervised Release

DEFENDANT:  SHUNNEE KING                                                    Judgment — Page 5 of 5
CASE NUMBER:  CR-06-00658-001 CRB

## SPECIAL CONDITIONS OF SUPERVISION

Prior Conditions

1) The defendant shall pay any special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

2) The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

3) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant is to pay pan or all costs of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

4) The defendant shall make an application to register as a sex offender pursuant to state and federal law.

5) The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

6) The defendant shall I not possess or use any data encryption technique or program.

7) The defendant shall (1) consent to the probation officer conducting periodic unannounced examinations of his computer equipment, which may include retrieval and copying of all data from his computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection, and (2) consent at the direction of the probation officer to having installed on his computer(s), at the defendant's expense, any hardware or software systems to monitor his computer use.

8) The defender shall have no contact with the victim, unless otherwise directed by the probation office. The defendant shall not have any contact with a minor under the age of 18, unless such contact is authorized by the probation officer.

You must pay the total criminal monetary penalties as originally imposed, less any payments already received:

Special Assessment: $ 100.00    Fine: $ None    Restitution: $ N/A